**Order entered June 16, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00987-CV

## IN THE INTEREST OF J.Y.O., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-53096-2017**

## ORDER

Before the Court is appellee's June 14, 2021 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 14, 2021. We caution that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE